# MISSISSIPPI *v.* ARKANSAS

No. 48, Orig.  Decided February 26, 1974—Decree entered February
26, 1974—Amended decree entered December 23, 1974

## AMENDED DECREE

IT IS ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:
1. Luna Bar, depicted in Mississippi's Exhibits 1 and
2, constituting, respectively, Appendix A and part of
Appendix B to the Special Master's report, and appended
hereto and hereby made a part of this decree, came into
existence by accretion to Carter Point and is, and was, a
part of the State of Mississippi.

2. The boundary line between the State of Missis-
sippi and the State of Arkansas in the areas between the
upstream and the downstream ends of Tarpley Cut-off
is as follows:

> "That part of the abandoned bed of the Mississippi
> River between the upstream end of the Tarpley Cut-
> off and the downstream end of Tarpley Cut-off as
> defined and identified in Mississippi's said Exhibit 2,
> being a plat prepared by Austin B. Smith. The
> above described State boundary line being more par-
> ticularly described as follows, to-wit:
>
> "Beginning at the head of Tarpley Cut-off Channel
> at Point P–36 as shown on said Smith's Mississippi
> Exhibit P–2 at Latitude 33°26'24" and Longitude
> 91°06'46";
>
> "thence west to Point P–1, Lat. 33°26'25" and Long.
> 91°07'30";

"thence southwesterly to Point P–2, Lat. 33°26'0.0"
and Long. 91°07'56";

"thence southwesterly to Point P–3, Lat. 33°25'47"
and Long. 91°08'17";

"thence southwesterly to Point P–4, Lat. 33°25'40"
and Long. 91°08'42";

"thence southwesterly to Point P–5, Lat. 33°25'36"
and Long. 91°09'0.0";

"thence southwesterly to Point P–6, Lat. 33°25'30"
and Long. 91°09'29";

"thence southwesterly to Point P–7, Lat. 33°25'25"
and Long. 91°10'0.0";

"thence southwesterly to Point P–8, Lat. 33°25'21"
and Long. 91°10'28";

"thence southwesterly to Point P–9, Lat. 33°25'16"
and Long. 91°11'0.0";

"thence southwesterly to Point P–10, Lat. 33°25'10"
and Long. 91°11'29";

"thence southwesterly to Point P–11, Lat. 33°25'06"
and Long. 91°11'46";

"thence southwesterly to Point P–12, Lat. 33°25'00"
and Long. 91°12'04";

"thence southwesterly to Point P–13, Lat. 33°24'52"
and Long. 91°12'17";

"thence southwesterly to Point P–14, Lat. 33°24'46"
and Long. 91°12'23";

"thence southward to Point P–15, Lat. 33°24'37"
and Long. 91°12'28";

"thence southward to Point P–16, Lat. 33°24'23"
and Long. 91°12'32";

"thence southward to Point P–17, Lat. 33°24'11.5"
and Long. 91°12'30";

"thence southeasterly to Point P–18, Lat. 33°24'0.0"
and Long. 91°12'21";

"thence southeasterly to Point P–19, Lat. 33°23'44.5"
and Long. 91°12'0.0";

"thence southeasterly to Point P–20, Lat. 33°23′37″ and Long. 91°11′49.5″;

"thence southeasterly to Point P–21, Lat. 33°23′06″ and Long. 91°11′0.0″;

"thence southeasterly to Point P–22, Lat. 33°23′0.0″ and Long. 91°10′48″;

"thence southeasterly to Point P–23, Lat. 33°22′54″ and Long. 91°10′34″;

"thence southeasterly to Point P–24, Lat. 33°22′49″ and Long. 91°10′18″;

"thence eastward to Point P–25, Lat. 33°22′48″ and Long. 91°10′10″;

"thence eastward to Point P–26, Lat. 33°22′47″ and Long. 91°10′0.0″;

"thence eastward to Point P–27, Lat. 33°22′43.5″ and Long. 91°09′14.5″;

"thence eastward to Point P–28, Lat. 33°22′44″ and Long. 91°09′0.0″;

"thence northeasterly to Point P–29, Lat. 33°22′46.5″ and Long. 91°08′45″;

"thence northeasterly to Point P–30, Lat. 33°22′53″ and Long. 91°08′24″;

"thence northeasterly to Point P–31, Lat. 33°23′0.0″ and Long. 91°08′04.5″;

"thence northeasterly to Point P–32, Lat. 33°23′01.5″ and Long. 91°08′0.0″;

"thence northeasterly to Point P–33, Lat. 33°23′09.5″ and Long. 91°07′40″;

"thence northeasterly to Point P–34, Lat. 33°23′13″ and Long. 91°07′31″;

"thence northeasterly to Point P–35, Lat. 33°23′25″ and Long. 91°06′39″ at the foot of Tarpley Cut-off Channel";

3. The costs of this suit, including the expenses of the Special Master and the printing of his report, have been

paid out of the fund made up of equal contributions by the State of Mississippi and the State of Arkansas and said fund has been sufficient to defray all said expenses to the date of the issuance of the report. Any costs and expenses that may be incurred beyond the amount so contributed by the respective litigants shall be borne by the State of Arkansas.